Gene E. Smith Sr.
An incompetent person
614 Gilday ct.
N. Las Vegas, NV 89030
(702) 399-0427

Plaintiff



# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

|  |  |
|---|---|
| GENE E. SMITH SR., | ) |
| Plaintiff | ) Case No. _____ |
|  | ) COMPLAINT |
| VS. | ) |
|  | ) DISCRIMINATION, CIVIL |
|  | ) RIGHTS, ADA VIOLATIONS |
| UNITED STATES COURT OF APPEALS, | ) DEMAND FOR JURY TRIAL |
|  | ) DEMAND FOR RELIEF |
| Judges, Richard C. Tallman, | ) |
| Richard R. Clifton, | ) |
| Clerks, Caroline A. Jacobs, | ) |
| Cathy A. Catterson, | ) |
| Gabriela Van Allen | ) |
| Defendants | ) |

Comes now, Plaintiff, GENE E. SMITH SR., a disabled veteran, and an incompetent person, by an through his court appointed general guardian Ida M. Clark, (hereafter plaintiff), states as follows;

### Jurisdiction

This court has jurisdiction over this complaint and personal jurisdiction over the parties, because it arises under the laws of the United States. Pursuant to these authorities, the defendants' is not immune, from these violation 42 U.S.C. § 1983, § 1985, § 1986, et al. seq., ADA TITLE II, § 504 of Rehab. Act. et al. seq. FRCP rule 17 (a), (c), § 1915 (d), (e) (1) et al seq..

### VENUE

The venue is appropriate in this court because all of the defendants employment is in this district, and a substantial amount of the acts and omissions giving rise to this lawsuit occurred in this district and or state, Where all defendants', are employed or conduct business at UNITED STATES COURT OF APPEALS, *located at 95 Seventh Street, San Francisco, California. The mailing address is P.O. Box 193939, San Francisco, California 94119-3939, and the telephone number is (415) 355-8000. "Which gives this Court jurisdiction over the subject matter and parties".*

Plaintiff Smith is a disabled veteran and an incompetent person, which depended solely upon his social security to survive. He files this complaint at this venue to avoid diversity. Mr. Smith is a resident of Las Vegas, NV. Plaintiff reserves the right to amend this document upon appointment of representation if needed.

### NATURE OF THE CASE

This case came before the District of Nevada, December 18th 2003, on a breach of contract, in many areas. Where there is issues of misconduct in law, discrimination, and manifest disregard of law, finely dismissing the case on April 24th 2007, where Mr. Smith filed an appeal, which was held by the District Court for two months before

transmitting the appeal for filing from May 15th 2007 to July 18th 2007 then it was filed on about July 27th 2007 bringing Mr. Smith to the Appellate Court here in California where the Misrepresentation, Fraud, discrimination, and Manifest disregard of law continued, which brings Mr. Smith to this venue.

## CAUSE OF ACTION

UNITED STATES COURT OF APPEALS, by and through its agents, officers, representatives, and employees, (hereafter defendants') did cause Mr. Smith damage by discriminating against him. Through discrimination, collusion and corruption, misrepresentation, and fraud these defendants did cause injury to Mr. Smith, by their deliberate actions of discrimination, by and through the United States Court of Appeals, circuit judges Richard C. Tallman, and Richard R. Clifton, motion attorney Caroline A. Jacobs / Deputy Clerk, Cathy A. Catterson, and Deputy Clerk Gabriela Van Allen, in violation of 42 U.S.C. § 1983, 1986 et al. seq. and the authorities supra.

By the authority of the United States Court of appeals, the above named defendants' acted in collusion and or on their own discretion at the discrimination and violation of Mr. Smiths' rights as follows,

Under color of law, depriving Mr. Smith of rights and privileges,

    (a) On about November 16th 2008 judge Tallman, and judge Clifton, did denied Plaintiff the right to representation, as an ADA and citizen of the United States of America, which violates his rights under the law by discriminating against him, he is an American with a disability. Without a lawful reason because he is disabled and poor, no other reason given.

    (b) On about November 16th 2008 judge Tallman, and judge Clifton, by order, did denied plaintiff the rights to proceed in forma pauperis because he is disabled and poor no other reason given, which is discrimination and violates the law by

discriminating against him. This program is offered through government programs. Denied without lawful reason.

(c) On about November 16th 2008, the defendants' did denied Plaintiff as an ADA these accommodations which is in Violation of his constitutional rights, depriving plaintiff of redress and due process which is discrimination, these rights and programs that is offered is federally funded. The defendants' denied him, because he Is poor and disabled with no representation.

(d) On about November 16th 2008 judge Tallman, and judge Clifton, by order, did denied plaintiff the right to production of transcripts. This deprived Mr. Smith of the rights to redress and due process, discrimination because of his poverty and incompetence.

(e) On about November 16th 2008 and January 8th 2008, filing fraudulent documents Ms. Catterson, Ms. Jacobs, judge Tallman, judge Clifton, by order, endorsement, and signature did falsify documents as to deny the rights of these programs And accommodations to Mr. Smith, these documents was to advocate their efforts in denying the rights of Mr. Smith, saying he have representation in this case, this is a discriminatory act.

(f) On about January 8th 2008, Ms. Jacobs, and Ms. Catterson did in collusion discriminate against Mr. Smith by dismissing his case solely because he is poor and disabled, in violation of his civil and constitutional and ADA rights. This is done without legal cause given.

(f) On about January 8th 2008, Judge Tallman, judge Clifton, Ms. Catterson, and Ms. Jacobs did deprive Mr. Smith of due process, and Redress, and the rights to a fair and impartial hearing this is arrogance beyond cause. These are people entrusted to do a very honorable job. But they deliberately violates the trust that's been vested in them. By discrimination singling Mr. Smith out, keeping him from having a trial or hearing by these acts of denial because he is disable.

(g) On about January 8th 2008, the time line of this case for dismissal was over due by Ms. Catterson, and Ms. Jacobs about 53 days, from November 16th 2007, to January 8th 2008. Mr. Smith was single out and isolated for the purpose of discrimination. Because he is an incompetent person and poor without representation, and no voice.

(h) On about August 31, 2007, Ms. Van Allen, and Ms. Catterson by endorsement and signature did force Mr. Smith By order to file a scheduled brief, the defendants' on October 1st 2007, send Mr. Smith an order tolling the briefing schedule after the (ATC/VANCOM district court defendants) request a extension of time on about September 18th 2007 about two weeks before their briefs was due to be filed, the defendants order happen only after I, Ida Clark, responded in opposition to the extension of time The time scheduling order is discriminatory and fraudulent asking plaintiffs, to comply to dates that have passed by 2 months and only plaintiff had to comply. Only plaintiff being held to the Briefing scheduling time line, this is discrimination and bias in violation of his rights to a fair and impartial hearing or trial. Eligibility criteria that screen out or tend to screen out an individual with disabilities. These action are in collusion with the District Court of Nevada.

Plaintiff have filed documents, Motions and Petitions, with no response from the United States Court Of Appeals, after filing request for the status of the motions and petitions which was filed in this court on about November 26th 2007, and January 15th 2008. Plaintiff also filed a judicial misconduct complaint in this court on about October 18th 2007, Plaintiff received a letter on about November 15th 2007 of receipt which was the only response of that matter Ms. Cathy A. Catterson. I would find pages missing from document upon the return of them from this court.

(I) This web of collusion continues to the Supreme Court level, by means of discrimination, corruption, misrepresentation, fraud of documents from the District Court and the Appellate Court, deliberate misconduct, acts of

Discrimination against Mr. Smith, by the defendants'.

## CONCLUSION

**"A law that's not being enforced, or can't be enforced is no law at all"**

Mr. Smith is a disable veteran, and an incompetent person, who's rights has been violated in the judicial system by, the defendants' violating his constitutional, civil and ADA, rights, as a citizen of the United States, through discrimination, collusion, and corruption. All of these defendants' took part in and knew of this injustice, not at any point did anyone of these defendants' report this discrimination. In doing so violated 42 U.S.C. § 1983, 42 U.S.C. § 1985, 42 U.S.C. § 1986, 42 U.S.C. § 1988 ET AL SEQ., ADA TITLE II ET AL SEQ., and § 504 of the Rehab. Act. ET AL. SEQ., FRCP Rule 17c et al. seq. of 42 U.S.C. § 1915    §

UNITED STATES COURT OF APPEALS, by and through its agents, officers, representatives, and employees. By denying Mr. Smith the rights to representation, to IFP, to his rights as a ADA, to due process, and redress, the rights to a fair and impartial hearing or trial because of discriminating reasons.

By the defendants actions and dismissing Mr. Smiths' case and discriminating against him because he is poor, they has caused him grave damage, and farther his suffering at the hands of the defendants. This is with no reason given, and this was a deliberate, and malicious, act of discrimination.  These are heartless vicious people to do this to a disabled person that could not help himself. This is discrimination at its worse isolate and segregate.

### REQUEST FOR RELIEF

Plaintiff Prays,
   The honorable Court grants plaintiff complaint.
     (a) That the honorable grants plaintiff IFP.
     (b) That this honorable Court grants plaintiff complaint to be heard.

   That the judgment is vacated and correct due to its misconduct.
1.)  The honorable Court grants plaintiff Demand for relief for $7,000,000.00 for damages done.
2.)  The Court Grants any other relief applicable by law, to include punitive damages.
3.)  The Court remove defendants' from holding these types of positions, to prevent further danger and damage to others by discrimination and corrupted acts.
4.)  That the honorable Court Grants Plaintiff petition for demands for a jury trial on all issues "DEMAND FOR JURY TRIAL"

Friday April 4th 2008,

              Respectfully Submitted

             *Gene E. Smith Sr.*
      **Plaintiff,**   **GENE E. SMITH SR.**

            *Ida M. Clark*
            **Ida M. Clark Guardian for,**