Gene E. Smith Sr.
An incompetent person
614 Gilday ct.
N. Las Vegas, NV 89030
(702) 399-0427





Plaintiff

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| GENE E. SMITH SR., ) | CV 08    1860 EMC |
| ) | Case No. _____ |
| Plaintiff ) | |
| ) | PETITION |
| ) | FOR REPRESENTATION |
| VS. ) | |
| ) | |
| UNITED STATES COURT OF ) | |
| APPEALS, et al. ) | |
| ) | |
| Defendants ) | |
| _____ ) | |

    Comes now, Plaintiff, GENE E. SMITH SR., by an through his court appointed general guardian Ida M. Clark, states as follows; Pursuant to Federal Rules of Civil Procedure (FRCP) Rule 17c and pursuant to 42 U.S.C. § 1915 (d), (e) (1) et al seq. plaintiff petitions the Court for representation (other than myself), under these authorities, for Mr. Smith he is disabled, an incompliant person, I have no legal

training. I can make contracts, make decision, and make settlement on his behalf as his "Court Appointed General Guardian", and I have his "power of Attorney." This would be in Mr. Smiths' best interest, to have representation in these proceeding with legal knowledge. Plaintiff, have submitted an affidavit to proceed in Forma pauperis. And please See attachments

Plaintiff, Prays the honorable Court, Grants the petition for representation under these exceptional circumstance, for the good cause shown.

Monday, March 31, 2008,

Respectfully Submitted

*Gene E. Smith SR*
Plaintiff,   GENE E. SMITH SR.

*Ida M. Clark - Guardian for Gene E. Smith SR*
Ida M. Clark Guardian for,