Clear Form

E-filing

FILED
08 APR -7 PM 3:38

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Gene E. Smith SR,

         Plaintiff,

vs.

United States Court of Appeals et al.

         Defendant.

CASE NO. CV 08 1860 EMC

APPLICATION TO PROCEED
IN FORMA PAUPERIS
(Non-prisoner cases only)

    I, Gene E. Smith SR, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

    In support of this application, I provide the following information:

1.    Are you presently employed?    Yes ___ No ✓

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____ Net: _____

Employer: _____ N/A _____

_____

If the answer is "no," state the date of last employment and the amount of the gross and net salary

May 2006 Last day of Employment — $80.00  $73.88
                                                           Gross  Net

- 1 -

1     children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.)

2     N/A

3

4  5.   Do you own or are you buying a home?     Yes ✓  No ___

5  Estimated Market Value: $ 168,000   Amount of Mortgage: $ 907.44

6  6.   Do you own an automobile?     Yes ___  No ✓

7  Make N/A   Year N/A   Model N/A

8  Is it financed? Yes ___  No ✓  If so, Total due: $ N/A

9  Monthly Payment: $ N/A

10  7.   Do you have a bank account? Yes ✓  No ___  (Do not include account numbers.)

11  Name(s) and address(es) of bank: Bank of America

12  1933 W. Craig Rd, North Las Vegas, NV 89032

13  Present balance(s): $ 0

14  Do you own any cash? Yes ___  No ✓  Amount: $ N/A

15  Do you have any other assets? (If "yes," provide a description of each asset and its estimated

16  market value.)     Yes ___  No ✓

17  N/A

18  8.   What are your monthly expenses?

19  Rent: $ 907.44     Utilities: $357.00

20  Food: $ 30.00     Clothing: 0

21  Charge Accounts:

22  **Name of Account**     **Monthly Payment**     **Total Owed on This Account**

23  _____  $ _____  $ _____

24  N/A     $ N/A     $ N/A

25  _____  $ _____  $ _____

26  9.   Do you have any other debts? (List current obligations, indicating amounts and to whom

27  they are payable. Do not include account numbers.)

28  Bankruptcy Trustee Kathleen A. Leavitt $250.00 month

- 3 -

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits? Yes ___ No ✓

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

N/A

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

MARCH 31st 2008                    *Ida M. Clark - Guardian FOR*
                                    *GENE E. Smith SR*

DATE                                SIGNATURE OF APPLICANT

-4-



# DEPARTMENT OF VETERANS AFFAIRS
VA Southern Nevada Healthcare System
P.O. Box 360001
North Las Vegas, Nevada 89036
(702) 636-3000

January 11, 2007

In Reply Refer To:

To Whom It May Concern,

Mr. Gene Smith, SSN 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, has been treated in the Mental Health Department at the Veterans Administration of Southern Nevada Healthcare System. We are in agreement with the State of Nevada finding him incompetent to manage his own affairs.

Steven J. Kingsbury, MD, PhD
Psychiatrist

Janet Maran, MSN, APN
Nurse Practitioner

LETT

# District Court
## CLARK COUNTY, NEVADA

FILED

Oct 26  2 00 PM '06

In the Matter of the Guardianship of

GENE EVERETT Smith SR.

A(n) Adult Ward.

CASE NO. G29897

**GENERAL LETTERS OF GUARDIANSHIP**

On the 26 day of October 2006 an Order of the Court was entered appointing Ida M. Clark, as General Guardian of the
- ☐ Person
- ☐ Estate
- ☐ Person and Estate

of the above named ward, a(n)  ☐ Minor  ☒ Adult

The named Guardian, having duly qualified, is authorized to act and has the authority to perform the duties of such Guardian.

In testimony of which I have this date signed these Letters and affixed the seal of the Court.

SHIRLEY B. PARRAGUIRRE, CLERK OF COURT

By: _____  10/26/06
    Deputy Clerk  LOIS KATES   Date

## OATH

I, IDA M. CLARK, residing at 614 Gilday Ct, whose mailing address is Same,

(State mailing address if different from residence)

solemnly affirm that I will faithfully perform according to the law duties of Guardian and that any matters stated in any petition or paper filed with the Court are true of my own knowledge or if any matters are stated on information or belief, I believe them to be true.

_Ida M. Clark_
Guardian

SUBSCRIBED AND AFFIRMED before me this 26 day of October, 2006
SHIRLEY B. PARRAGUIRRE, CLERK OF COURT

By: _____
    LOIS KATES, Deputy Clerk

(OR): _____
Notary Public
County of: _____  State of: _____

Oct 26  1 49 PM '06

REV9/99/cc-jb

| | |
|---|---|
| Recording requested by and mail documents and tax statements, if applicable, to:<br><br>Name: IDA M. CLARK<br><br>Address: 614 GILDAY COURT<br><br>City/State/Zip: NO. LAS VEGAS, NEVADA 89030<br><br>POA131<br>Nevada Legal Forms & Books, Inc. (702) 870-8977<br>www.legalformsrus.com | **Receipt/Conformed Copy**<br>Requestor:<br>NEVADA LEGAL FORMS & BOOKS INC<br>06/01/2006 12:17:04  T20060096636<br>Book/Instr: 20060601-0002878<br>POA          Page Count: 3<br>Fees: $16.00    N/C Fee: $0.00<br><br>Frances Deane<br>Clark County Recorder |

# GENERAL POWER OF ATTORNEY
## with Durable Provision pursuant to NRS 111.460

KNOW ALL MEN BY THESE PRESENTS:

That **GENE E. SMITH SR.**, the undersigned Grantor, who currently resides at the street address of **614 GILDAY COURT**, in the City of **NORTH LAS VEGAS**, in the County of **CLARK**, State of **NEVADA**, has made, constituted and appointed, and by these presents do make, constitute and appoint **IDA M. CLARK** the undersigned Appointee, who currently resides at the street address of **614 GILDAY COURT** in the City of **NORTH LAS VEGAS**, State of **NEVADA**, as my true and lawful Attorney-in-Fact for me and in my name, place and stead and for my use and benefit to:

(a) To transact business of any kind or class and as my act to ask for, demand, sue, recover, collect and receive each and every sum of money, debt, account, legacy, bequest, interest, dividend, annuity and demand (which now is or hereafter shall become due, owing, payable) belonging to or claimed by me, and to use and take any lawful means for the recovery thereof by legal process or otherwise, in my name for the recovery thereof, by attachments, arrests, distress or otherwise, to execute and deliver a satisfaction or release therefor, together with the right and power to compromise or compound any claim or demand and agree for the same, and acquittance, or other sufficient discharges for the same, for me, and in my name, to make, seal and deliver; to bargain, contract, agree for, purchase, receive, and take lands, tenements, hereditament and accept the seizing and possession of all lands and all deeds and other assurances in the law therefor, and to lease, let, demise, bargain, sell, remise, release, convey, mortgage and hypothecate lands, tenements and hereditament, upon such terms and conditions, and under such covenants, as my Appointee shall deem fit and proper.

(b) To exercise any or all of the following powers as to real property, any interest therein and/or any building thereon. To contract for, bargain and agree for, sign, seal, execute, deliver and acknowledge such deeds, buy, purchase, receive and take possession thereof and of evidence of title thereto, to lease the same for any term or purpose. to lease, assignments of leases, covenants, indentures, mortgages, satisfaction of mortgages, leases for business, residence,

General Power of Attorney              Page 1 of 3                     Initials _____

and oil and/or mineral development, to sell, exchange, grant or convey the same with or without warranty, and to mortgage, transfer in trust, or otherwise encumber or hypothecate the same to secure payment of a negotiable or non-negotiable note or performance of any obligation or agreement.

(c) To exercise any or all of the following powers as to all kinds of personal property and goods, in any and every way and manner deal in and with goods, wares and merchandise, chooses in action and other property in possession or in action. To contract for, buy, sell, exchange, transfer, make, do, and transact all and every kind of business of whatever nature or kind, bills of lading, bills, bonds, notes, stock certificates, drafts and checks, receipts, evidence of debts, releases, judgements and other debts, and such other instruments in writing of whatever kind and nature as may be necessary or proper in the premises, any legal manner, deal in and with the same, in my name and as my act and deed.

(d) To borrow money and to execute and deliver negotiable or non-negotiable notes therefor with or without security, and to loan money and receive negotiable or non-negotiable notes therefor with such security as my Appointee shall deem fit and proper.

(e) To create, amend, supplement and terminate any trust and to instruct and advise the trustee of any trust wherein I am or may be trustor or beneficiary, to represent and vote stock, exercise stock rights, accept and deal with any dividend, distribution or bonus, join in any corporate financing, reorganization, merger, liquidation, consolidation or other action and the extension, compromise, conversion, adjustment, enforcement or foreclosure, singularly or in conjunction with others of any corporate stock, bond, note, debenture or other security, to compound, compromise, adjust, settle and satisfy any obligation, secured or unsecured, owing by or to me and to give or accept any property and/or money whether or not equal to or less in value than the amount owing in payment, settlement or satisfaction thereof.

GIVING AND GRANTING unto my said attorney full power and authority to do and perform all and every act and thing whatsoever requisite and necessary to be done in and about the premises, as fully to all intents and purposes as I might or could do if personally present, with full power of substitution or revocation, hereby ratifying and confirming all that my said attorney, or any substitute or substitutes that my Attorney may choose, shall lawfully do or cause to be done by virtue of these presents. The powers and authority hereby conferred upon my said Attorney shall be applicable to all real and personal property or interests therein now owned or hereafter acquired by me and whatever situated.

**WARNING: THIS IS AN IMPORTANT LEGAL DOCUMENT AND MUST BE RECORDED WITH THE COUNTY RECORDERS OFFICE PURSUANT TO NRS 111.450. TO REVOKE THIS POWER OF ATTORNEY THE REVOCATION MUST BE RECORDED IN THE COUNTY RECORDERS OFFICE.**

Before executing this document: (a) Read this document very carefully. (b) This document may provide the person you designate as your attorney in fact with broad powers to administer, manage, dispose, sell, transmit and convey your real and personal property and to borrow money using your property as security for the loan. (c) These powers will exist for an indefinite period of time unless you limit their duration in this document. (d) These powers will continue to exist notwithstanding your subsequent disability or incapacity. (e) You have the right to revoke or terminate this power of attorney. (f) If there is anything about this form that you do not understand, we urge you to seek competent legal advise.

General Power of Attorney          Page 2 of 3                          Initials _____

**DURABLE CLAUSE NRS 111.460: (YOU MUST INITIAL ONE OF THE CLAUSES STATED BELOW)**

_GES_    **"THIS POWER OF ATTORNEY IS NOT AFFECTED BY THE DISABILITY OF THE PRINCIPAL"**

-- OR --

_____  **"THIS POWER OF ATTORNEY BECOMES EFFECTIVE UPON THE DISABILITY OF THE PRINCIPAL"** and remains in effect only during such time periods as I may be mentally or physically incapacitated and unable to care for my own needs or to make competent decisions as are necessary to protect my interests or conduct my affairs.

*Grantor's signature must be notarized*

WITNESS my hand this 31 day of    MAY    , 20 06 .

_Gene E. Smith Sr._    _Ida M. Clark_
**Signature of Grantor**    **Signature of Appointee/Attorney-in-fact**
GENE E. SMITH SR.    IDA M. CLARK

---

STATE OF NEVADA    )
COUNTY OF    CLARK    )

On this 31 day of    MAY    , 20 06, personally appeared before me, a Notary Public _____ GENE E. SMITH SR. _____
personally known to me to be / proved to me the person(s) whose name(s) is subscribed to the above instrument who acknowledged that __(he)__ executed this instrument. Witness my hand and official seal.

_K.D. Corkell_

**Notary Public - State of Nevada**
**County of Clark**
**KATRINA D. CORKELL**
**My Appointment Expires**
**No: 06-104307-1    March 30, 2010**

**Notary Public**
My commission expires: March 30, 2010
Consult an attorney if you doubt this forms fitness for your purpose.

General Power of Attorney    Page 3 of 3    Initials _____