E-filing    **PROOF OF SERVICE**

CV 08

I hereby certify that I have on this 4th day of April, 2008, served 1 original and three true and correct copy of the foregoing upon the following by United States Postal Services to a Representative or Agent as follows:

By _____