FILED
2008 APR 11 PM 1:21
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. ...

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Genes E. Smith SR

No. C-08-1860 EMC

Plaintiff(s),

v.

U.S Court of Appeals

Defendant(s).

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: April 11th 2008

John M Clark - Guardian of
Genie E. Smith SR
Signature

Counsel for _____
(Plaintiff, Defendant or indicate "pro se")

# Fax

**To:** Betty Fong
**Fax:** 415) 522-3605
**Phone:** 415) 522-2034
**Re:** Consent to Proceed

**From:** IDA M. CLARK - GUARDIAN FOR GENE E. SMITH SR
**Date:** April 11th 2008
**Pages:** 2 including Cover
**CC:**

☐ Urgent   ☐ For Review   ☐ Please Comment   ☐ Please Reply   ☐ Please Recycle

**Comments:**

Case No. CV081860

Ms Fong:

I am Mr Smith General Guardian not His Guardian Ad Litem, I Petition the Court for Represation for Mr Smith, I Am Also Not an Attorney.

Ida M. Clark - Guardian for
Gene E. Smith Sr.