Gene E. Smith Sr.
An incompetent person
614 Gilday ct.
N. Las Vegas, NV 89030
(702) 399-0427

**Plaintiff**



# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| GENE E. SMITH SR., ) | |
| ) | Case No. CV-08-1860 EMC |
| Plaintiff ) | |
| ) | PETITION |
| ) | FOR REPRESENTATION |
| VS. ) | and |
| ) | |
| ) | PETITION FOR |
| UNITED STATES COURT OF ) | ENLARGEMENT OF TIME |
| APPEALS, et al. ) | |
| ) | |
| Defendants ) | |
| ) | |
| _____ ) | |

    Comes now, Plaintiff, GENE E. SMITH SR., by an through his court appointed general guardian Ida M. Clark, proceeding in Forma Pauperis, states as follows; Pursuant to Federal Rules of Civil Procedure (FRCP) Rule 17c and pursuant to 42 U.S.C. § 1915 (d), (e) (1) et al seq. plaintiff resubmit it's petition to the Court for representation "other than myself", under these authorities, for Mr. Smith he is

disabled, and an incompetent person, I have no legal training. The honorable Court has erred in its thinking I Ms. Clark wanted to represent Mr. Smith in this matter, initial I petition for representation other than myself for Mr. Smith. As stated in the first paragraph of the petition, I can make contracts, decision, and settlement on his behalf as his "Court Appointed General Guardian", and I have his "power of Attorney." This would be in Mr. Smiths' best interest, to have representation in these proceeding with legal knowledge as stated in the court order of May 15th 2008. Plaintiff is IFP, and requesting representation under those authorities stated supra, in order to file a proper amended complaint. Plaintiff is petitioning the court for "Enlargement of Time" thus the court gave plaintiff thirty days to file an amended complaint, I would think, this would not be time enough to appoint representation and preparation for an amended complaint, if I am wrong at this analysis I await the courts orders on this issue. So the court may make its decision on these matters, and to give plaintiff adequate time to submit and informed intent, plaintiff intentions is to pursue this matter. So representation is pertinent to assist in plaintiff filing the correct documents in pursuing his cause, Plaintiff await the court decision before farther filings, and time for representative preparation for filings. I Ms. Clark, never petition the court to be Mr. Smith representative myself, the language in the petition is "other than myself" see original petition for representation, plaintiff is without representation. The relevant authorities and language states as follows,

§ 1915:
(d) The officers of the court shall issue and serve all process, and perform all duties in such cases. Witnesses shall attend as in other Cases and the same remedies shall be available as are provided for by law in other cases.

(e)(1) The court may request an attorney to represent any person unable to afford counsel.

FRCP rule 17:
(c) Infants or Incompetent Persons. Whenever an infant or incompetent person has a representative, such as a general guardian, committee, conservator, or other like fiduciary, the representative may sue or defend on be half of the infant or incompetent person. An infant or incompetent person who does not have a duly appointed representative may sue by next friend or by a guardian ad litem. The court

shall appoint a guardian ad litem for an infant or incompetent person not otherwise represented in an action or shall make such other order as it deems proper for the protection of the infant or incompetent person.

Mr. Smith qualifies under both authorities for representation so he may proceed in this matter appropriately, Mr. Smith is unable to afford representation / counsel.

The court argues in hold that the defendants' is immune from prosecution because of the their federal status, which doesn't mean this case isn't one with merit, " Agye v. Corrections Corporation of America No. 16552".

**Plaintiff, Prays the honorable Court, Grants the petition for representation under these exceptional circumstance, for the good cause shown.**

**Monday, May 19th 2008,**

 

**Respectfully Submitted**

*/s/ Gene E. Smith Sr.*
**Plaintiff,  GENE E. SMITH SR.**

*/s/ Ida M. Clark*
**Ida M. Clark Guardian for,**

## PROOF OF SERVICE

I hereby certify that I have on this 19th day of May, 2008, served 1 original and three true and correct copy of the foregoing upon the following by United States Postal Services to a Representative or Agent as follows:

Clerk's Office,

United States District Court For The

Northern District of California

450 Golden Gate Avenue 16th Floor

San Francisco, CA 94102

By _____