Gene E. Smith Sr.
An incompetent person
614 Gilday ct.
N. Las Vegas, NV 89030
(702) 399-0427



RECEIVED
JUN 3 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

FILED
JUN - 3 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

Case No. **CV-08-1860 EMC**

| | |
|---|---|
| GENE E. SMITH SR., <br> Plaintiff <br><br> vs. <br><br> Mr. Richard C. Tallman individual <br> Mr. Richard R. Clifton individual <br> Ms. Caroline A. Jacobs individual <br> Ms. Cathy A. Catterson individual <br> Ms. Gabriela Van Allen individual <br> Defendants | ) <br> ) <br> ) **AMENDED COMPLAINT** <br> ) <br> ) CONSTITUTIONAL, <br> ) and <br> ) FEDERAL VIOLATIONS <br> ) FALSIFYING DOCUMENTS <br> ) NEGLIGENT and <br> ) FRAUDULENT <br> ) MISREPRESENTATION, <br> ) COLLUSION, CORRUPTION, <br> ) FRAUD <br> ) DEMAND FOR JURY TRIAL <br> ) DEMAND FOR RELIEF <br> ) |

    Comes now, Plaintiff, GENE E. SMITH SR., disabled veteran, and an incompetent person, proceeding in forma pauperis Mr. Smith is not proceeding Pro se, but pending, appointment of representation, in which was moot, but representation is necessary to pursue this matter,

by giving plaintiff leave to his amended complaint, under rule 17c and 1915 (d) (e)(1) see petition, this document is filed by an through his court appointed general guardian Ida M. Clark, for GENE E. SMITH SR. (plaintiff hereafter), states as follows;

Plaintiff now files for relief from the injustice, the negligent and fraudulent misrepresentation, and collusion, falsifying documents, corruption, constitutional, and federal violations and fraud etc. these defendants' has committed violations of law in this matter at Mr. Smiths' expense depriving him of rights. Plaintiff motion the court also for "Demand for Relief", "Demand for Jury Trial" in which never took place. This case is of such imperative public importance as to justify the deviation from normal practice and to require immediate determination in this Court.

## Jurisdiction

This court has jurisdiction over this complaint and personal jurisdiction over the parties, because it arises under the laws of the United States. Pursuant to these authorities, the defendants' is not immune, from these violations because of their direct violation of law, and being prosecuted individually and in their capacity, for fraud, constitutional, and federal violations, falsifying documents, collusion, negligent and fraudulent misrepresentation, and corruption.

## VENUE

The venue is appropriate in this court because all of the defendants employment is in this district, and a substantial amount of the acts and omissions giving rise to this lawsuit occurred in this district and or state, Where all defendants', are employed or conduct business at UNITED STATES COURT OF APPEALS, *located at 95 Seventh Street, San Francisco, California. The mailing address is P.O. Box 193939, San Francisco, California 94119-3939, and the telephone number is (415) 355-8000.* "*Which gives this Court jurisdiction over the subject matter and parties*".

Plaintiff Smith is a disabled veteran and an incompetent person, which depended solely upon his social security to survive. He files this complaint at this venue to avoid diversity. Mr. Smith is a resident of

Las Vegas, NV. Plaintiff reserves the right to amend this document upon appointment of representation.

## NATURE OF THE CASE

This case came before the District of Nevada, December 18th 2003, on a breach of contract, in many areas. Where there is issues of violations in law, collusion, fraud, falsifying documents, negligent and fraudulent misrepresentation, corruption, Federal and constitutional violations. There is a manifest disregard of law, finely dismissing the case on April 24th 2007, where Mr. Smith filed an appeal, which this was held by the District Court for two months before transmitting the appeal for filing from May 15th 2007 to July 18th 2007 then it was filed on about July 27th 2007, bringing Mr. Smith to the Appellate Court here in California where the negligent and fraudulent Misrepresentation, collusion, Fraud, falsifying documents, Federal and constitutional violations of the laws, and Manifest disregard of law continued, which brings Mr. Smith to this venue.

## CAUSE OF ACTION

The unlawful use of the UNITED STATES COURT OF APPEALS, and its authority, by and through its agents, officers, representatives, and employees, (hereafter defendants') did in collusion and conspiracy caused Mr. Smith damage by violating the Federal and constitutional laws against him Through fraud, falsifying documents, and negligent and fraudulent misrepresentation, these defendants did cause injury to Mr. Smith, by their deliberate actions of corruption, by and through the unlawful use of the United States Court of Appeals, and its authority, these defendants' are being prosecuted as follows, circuit judges Richard C. Tallman individually and in his capacity, Richard R. Clifton individually and in his capacity, motion attorney Caroline A. Jacobs individually and in her capacity, Deputy Clerk, Cathy A. Catterson individually and in her capacity, and Deputy Clerk Gabriela Van Allen individually and in her capacity, conspired in violation of the federal and constitutional laws to cause Mr. Smith damages.

By the unlawful use of the authority of the United States Court of appeals, the above named defendants' acted in collusion and conspired, and on their own discretion at the violation of the laws and Mr. Smiths' rights, Under color of law, depriving Mr. Smith of rights and privileges, by violating the federal and constitutional laws, How do you justify, the defendants' asking for affidavit to certify your not being able to afford payment of court costs, after you submit these documents your case is dismissed, on the fact you can not afford to prosecute due to none payment of court costs and fees? His case was dismissed, not because plaintiff did not qualify for the program, but because he was poor, and could not afford the fees, based on the information given, "case dismissed" this will stop his pursued in this matter this is a fraudulent corrupted acted.

## 42 U.S.C. § 1985. Conspiracy to interfere with civil rights

**(3) Depriving persons of rights or privileges**
If two or more persons in any State or Territory conspire or go in disguise on the highway or on the premises of another, for the purpose of depriving, either directly or indirectly, any person or class of persons of the equal protection of the laws, or of equal privileges and immunities under the laws; or for the purpose of preventing or hindering the constituted authorities of any State or Territory from giving or securing to all persons within such State or Territory the equal protection of the laws; or if two or more persons conspire to prevent by force, intimidation, or threat, any citizen who is lawfully entitled to vote, from giving his support or advocacy in a legal manner, toward or in favor of the election of any lawfully qualified person as an elector for President or Vice President, or as a Member of Congress of the United States;

or to injure any citizen in person or property on account of such support or advocacy; in any case of conspiracy set forth in this section, if one or more persons engaged therein do, or cause to be done, any act in furtherance of the object of such conspiracy, whereby another is injured in his person or property, or deprived of having and exercising any right or privilege of a citizen of the United States, the party so injured or deprived may have an action for the recovery of damages occasioned by such injury or deprivation, against any one or more of the conspirators.

## 42 U.S.C.§ 1986. Action for neglect to prevent

Every person who, having knowledge that any of the wrongs conspired to be done, and mentioned in section 1985 of this title, are about to be committed, and having power to prevent or aid in preventing the commission of the same, neglects or refuses so to do, if such wrongful act be committed, shall be liable to the party injured, or his legal representatives, for all damages caused by such wrongful act, which such person by reasonable diligence could have prevented; and such damages may be recovered in an action on the case; and any number of persons guilty of such wrongful neglect or refusal may be joined as defendants in the action; and if the death of any party be caused by any such wrongful act and neglect, the legal representatives of the deceased shall have such action therefor, and may recover not exceeding $5,000 damages therein, for the benefit of the widow of the deceased, if there be one, and if there be no widow, then for the benefit of the next of kin of the deceased. But no action under the provisions of this section shall be sustained which is not commenced within one year after the cause of action has accrued.

> (a) On about November 16th 2008 judge Tallman, and judge Clifton, did violate Plaintiff rights under federal law and constitutional laws, negligent and fraudulent misrepresentation, falsifying documents, fraud, collusion, and corruption against him, to advocate the lower court fraud and corrupted acts. Maintaining the effort to keep plaintiff out of court and without representation, and protection of their colleagues in the lower court after the

corrupted misconduct with the defendants' of the original case, the main motive here to keep plaintiff case from being heard. Keeping him from exposing all of the corruption in this case and all of these violations as stated. Without a lawful reason or certification no reasons given. (see documents) there is no legal orders for these actions.

(b) On about November 16th 2008, judge Tallman, and judge Clifton, by negligent and fraudulent misrepresentation collusion and fraud did violated plaintiff rights under federal and constitutional laws. This program is offered through federal law. There is no certification and lawful reason for the actions, falsifying documents corruption criminal acts. No money, , no representation, no documents processed, no outside influences, No hearing, no decisions in favor of plaintiff keeping this matter isolation.

(c) On about November 16th 2008, the defendants' did violate the constitution and federal laws while in collusion violating Plaintiff rights. These defendants' did falsify documents' to justify the negligent and fraudulent misrepresentation of this corruption acted out upon Mr. Smith these acts is conspired and premeditated in the form of orders and other documents. Many matters are in default, and to date have not been response too in this appellate court case.

(d) On about November 16th 2008, judge Tallman, and judge Clifton, did violate federal and constitutional laws. These defendants' conspired in collusion, negligently and fraudulently misrepresented, falsified documents, and fraud to deprived plaintiff, violating the constitution and federal laws, this is done without certification of reason. This is conspiracy, fraud and corruption. Denials with no reason given (See documents.)

(e) On about November 16th 2008 and January 8th 2008, filing fraudulent documents Ms. Catterson, Ms. Jacobs, judge Tallman and judge Clifton, did negligently and fraudulently misrepresent, in collusion violate the federal and constitutional laws. Falsifying documents, by order,

endorsement, and signature to cover up this corruption for personal gain or gratification, these acts or without certification.

(f) On about January 8th 2008, Ms. Jacobs, and Ms. Catterson did in collusion, negligently and fraudulently misrepresented and in violation of federal and constitutional law by dismissing this case, falsifying documents, fraud, and corruption. This is in violation of plaintiff rights without certification or legal cause given.

(g) On about January 8th 2008, Judge Tallman, judge Clifton, Ms. Catterson, and Ms. Jacobs did deprive Mr. Smith of due process, and Redress, by falsifying documents, negligently and fraudulently misrepresenting, fraud, collusion, and corruption to cover up the violation of constitutional and federal laws. Premeditatedly deliberately violates rights to a fair and impartial hearing this is arrogance beyond cause in violation of laws. This reaches to the other courts, this collusion, conspiracy, and corruption. There is no certification of the acts, which are in violation of federal laws, these violations are inhumane. These are personal attacks on plaintiff, for personal gains or gratification.

(f) On about January 8th 2008, the time line of this case for dismissal was in default by Ms. Catterson, and Ms. Jacobs about 53 days, from November 16th 2007, to January 8th 2008. Mr. Smith was single out and isolated for the purpose of advocating the corruption, in keeping plaintiff without representation, and IFP no voice, in violation of the constitution and federal law. In the conspiracy, collusion, falsifying documents, negligently and fraudulently misrepresentation, in keeping his case from being heard because of the criminal acts, in fraud, with the lower court corruption.

(h) On about August 31, 2007, Ms. Van Allen, and Ms. Catterson by endorsement and signature did negligently and fraudulently misrepresentation, falsify documents in collusion, and commit fraud, the order was out dated.

> These action are in collusion with the District Court of Nevada. Violating federal and constitutional laws. To date, none of Mr. Smiths' documents have been given fair and impartial Consideration.

Plaintiff have filed documents, Motions and Petitions, with no response from the United States Court Of Appeals, after filing request for the status of the motions and petitions which was filed in this court on about November 26th 2007, and January 15th 2008. Plaintiff also filed a judicial misconduct complaint in this court on about October 18th 2007, Plaintiff received a letter on about November 15th 2007 of receipt which was the only response of that matter from Ms. Cathy A. Catterson. In violation of the constitution and federal law, collusion, fraudulent and negligent misrepresentation, the conspiracy with the lower court, to suppress this case and keep it in favor of the defendants' (Atc Vancom) and the lower court's corruption. In an effort of isolation and segregation of the case this is criminal activity by these defendants'. These defendants' are turning these courts into what is quickly becoming a criminal enterprise. See documents.

Documents tampered with, pages missing from document upon the return of them from this court. A deliberate acted of Negligently and fraudulently misrepresentation of documents, in violation of federal and constitutional laws conspiracy to decimate Mr. Smith, falsifying documents, and fraud by the defendants'.

(I) This web of collusion, conspiracy, fraud, negligent acts continues to the Supreme Court level, by means of corruption, misrepresentation, falsifying documents from the District Court and the Appellate Court, deliberate misconduct, acts corruption, by these defendants'.

## CONCLUSION

"A law that's not being enforced, or can't be enforced is no law at all"

Mr. Smith is a disable veteran, and an incompetent person, who's rights has been violated in the judicial system by, the defendants' violating the federal and constitutional laws, as a citizen of the United States, through collusion, and corruption. All of these defendants' took part in and knew of this injustice, not at any point did anyone of these defendants' report these criminal acts, in not doing so it shows they alliance in the violation of laws.

All of these defendants' alone with ATC Vancom, of the original case, and others from the appellate court, to the supreme court, in collusion did conspire to violate the law and to bring about the decimation of Mr. Smith in this conspiracy in violations of the federal and constitutional laws. Plaintiff was railroaded through this process and he objects to this type of treatment at the hand of these defendants' By committing every violations of the constitution, and Federal law, Mr. Smith came to this court for justice and got injustice. After these defendants' violated the law "break the law" in their official capacity, the power of protection under that official capacity or position is striped away hence the "Scripting doctrine". By virtue of the law, it doesn't advocate violations of law or breaking the law by its officials or employees, so they are striped of the protection of immunity from prosecution in individually capacities. This case is in this court because of Atc Vancoms' fraudulent acts in the initially case, this is nothing new for them "fraud", this is a criminal enterprise.

The purpose of the law is to deter <u>state actors</u> from using the badge of their authority to deprive individuals of their federally guaranteed rights and to provide a relief to victims if such deterrence fails. Defendants' has made specific allegation and showing that defendants' acted under the color of law in their falsifying, negligent and fraudulent misrepresentation, corrupt acts under the law. This is not a case filed because the plaintiff is disgruntle, but lost the case because of corruption, his case was never heard in any trial.

**The U.S. Supreme Court, in Scheuer v. Rhodes, 416 U.S. 232, 94 S.Ct. 1683, 1687 (1974) stated that "when a state officer acts under a state law in a manner violative of the Federal Constitution, he "comes into conflict with the superior authority**

of that Constitution, and he is in that case stripped of his official or representative character and is subjected in his person to the consequences of his individual conduct. The State has no power to impart to him any immunity from responsibility to the supreme authority of the United States." [Emphasis supplied in original]. By law, a judge is a state officer. The judge then acts not as a judge, but as a private individual (in his person).

The U.S. Supreme Court has stated that "No state legislator or executive or judicial officer can war against the Constitution without violating his undertaking to support it.". Cooper v. Aaron, 358 U.S. 1, 78 S.Ct. 1401 (1958).

Any judge who does not comply with his oath to the Constitution of the United States wars against that Constitution and engages in acts in violation of the Supreme Law of the Land. The judge is engaged in acts of treason. Having taken at least two, if not three, oaths of office to support the Constitution of the United States, and the Constitution of the State of Nevada, any judge who has acted in violation of the Constitution is engaged in an act or acts of treason. If a judge does not fully comply with the Constitution, then his orders are void, In re Sawyer, 124 U.S. 200 (1888), he/she is without jurisdiction, and he/she has engaged in an act or acts of treason.

Judges have given themselves judicial immunity for their judicial functions. Judges have no judicial immunity for criminal acts, aiding, assisting, or conniving with others who perform a criminal act, or for their administrative/ministerial duties. When a judge has a duty to act, he does not have discretion - he is then not performing a judicial act, he is performing a ministerial act. Judicial immunity does not exist for judges who engage in criminal activity, for judges who connive with, aid and abet the criminal activity of another judge, or to a judge for damages sustained by a person who has been harmed by the judge's connivance with, aiding and abetting, another judge's criminal activity.

The United States Supreme Court recently acknowledged the judicial corruption in Cook County, when it stated that Judge

"Maloney was one of many dishonest judges exposed and convicted through 'Operation Grey lord', a labyrinthine federal investigation of judicial corruption in Chicago". Bracey v. Gramley, case No. 96-6133 (June 9, 1997).

Since judges who do not report the criminal activities of other judges become principals in the criminal activity, 18 U.S.C. Section 1, and since no judges have reported the criminal activity of the judges who have been convicted, the other judges are as guilty as the convicted judges.

The criminal activities that the Federal Courts found in the Circuit Court of Cook County still exist, and are today under the care, custody and control of Judge Grey lord II (Chief Judge Donald O'Connell). The Circuit Court of Cook County remains a criminal enterprise.

When a judicial officer acts entirely without jurisdiction or without compliance with jurisdiction requisites he may be held civilly liable for abuse of process even though his act involved a decision made in good faith, that he had jurisdiction. State use of Little v. U.S. Fidelity & Guaranty Co., 217 Miss. 576, 64 So. 2d 697.

In examining entitlement to immunity, the U.S. Supreme Court focused upon the nature of the act: is it an act ordinarily performed by a Judge? Unfortunately, judges sometimes exceed their jurisdiction in a particular case. But an act done in complete absence of all jurisdiction cannot be a judicial act. Piper v. Pearson, id., 2 Gray 120. It is no more than the act of a private citizen, pretending to have judicial power which does not exist at all. In such circumstances, to grant absolute judicial immunity is contrary to the public policy expectation that there shall be a Rule of Law.

cert. den. 112 S. Ct. 1479 (1992). Furthermore, you will find the defendants' liable also because the evidence shows that the actions of the lower court were inextricably intertwined with those of Mr. Tallman, and Mr. Clifton (government, federal officers of the court).

<u>**Mathis v. PG&E,**</u> **75 F .3d 498, 503 (9 Cir. 1996) (emphasis added). The defendants' did acted in concert with Mr. Clifton, and Mr. Tallman, in violating Mr. Smiths' Rights. Negligent, and fraudulent Misrepresentation, falsifying documents, collusion, constitutional, and federal violation, corruption for personal gain, and gratification. This was to cover up the fraud, and corruption of the lower court.**

> **. In other words, once a public official has acted illegally, they are theoretically stripped of their position's power and are eligible to be sued as individuals. The Court has openly called this "stripping doctrine" a Legal Fiction. Therefore, a citizen may sue an official under this "stripping doctrine" and get around any sovereign immunity that that official might have held within his or her position within a state.**

**When a citizen uses this exception, they can't include the state in the suit: they have to list specifically the official's name. They also can't seek damages from the state, because they can't list the state as a party. However, the citizen can seek prospective, or future, relief by asking the court to direct the future behavior of the official which is being done here. If this court doesn't have jurisdiction over the defendants' in there official capacity, the court have jurisdiction over them as individuals.**

**Ex parte Young determined that a citizen could sue a state official to prevent that official from carrying out a state policy that was deemed unconstitutional. Another set found that the <u>Fourteenth Amendment</u> gave the Congress the power to abrogate state immunity from suit to the extent that this was necessary to protect Constitutional rights. Jones Act**

**In 1987, *Welch v. Texas Department of Highways* [2] led to a 5-4 decision in the U.S. Supreme Court, with Justice Antonin Scalia casting a rare swing vote, "concurring in part and concurring in the judgment." Four justices upheld *Hans*, while Justice Antonin Scalia concluded that Congress had assumed *Hans* when enacting the Jones Act and the Federal Employer's Liability Act.**

For example, Exparte Young allows federal courts to enjoin the enforcement of unconstitutional state (or federal) statutes on the theory that "immunity does not extend to a person who acts for the state, but [who] acts unconstitutionally, because the state is powerless to authorize the person to act in violation of the Constitution." Althouse, *Tapping the State Court Resource*, 44 Vand. L. Rev. 953, 973 (1991). Pennhurst State School and Hospital v. Halderman (465 U.S.) ("the authority-stripping theory of *Young* is a fiction that has been narrowly construed"); Idaho v. Coeur' Alene Tribe of Idaho ("*Young* rests on a fictional distinction between the official and the State"). The *Young* doctrine was narrowed by the court in Edelman v. Jordan, which held that relief under *Young* can only be for prospective, rather than retrospective relief; the court reasoned that the Eleventh Amendment's protection of state sovereignty requires the state's coffers to be shielded from suit. Prospective relief includes injunctions and other equitable orders, but would rarely include damages. This limitation of the *Young* doctrine "focused attention on the need to abrogate sovereign immunity, which led to the decision two years later in *Fitzpatrick*." Althouse, *Vanguard States*, supra, at 1791 n.216

### Supreme Court ruling"

But in this case officials violation of the law, strips them of the right to be protected by virtue of their positions. Once they broke the law, the law does not enforce unlawful acts.

Is it ok for court officials, clerks, government employees, or state employees to, for instance in their daily official capacity during their activities to rob a bank, while on the way to deliver documents from court to another during the process of their duties in official capacity is this enforced by law to give immunity to unlawful state and government employees?

**(We do pledge our allegiance to the Republic still? Wasn't the original pledge to the Constitution and the Republic for which it stood? That's what I pledge allegiance to!)**

***(Wasn't the entire purpose of the Constitution and Bill of Rights supposed to guarantee against usurpations by government?)***

### Definition of Justice....

....."At the beginning of Book II, Plato's two brothers challenge Socrates to define justice in the man, and unlike the rather short and simple definitions offered in Book I, their views of justice are presented in two independent speeches. Glaucon's speech reprises Thrasymachus' idea of justice; it starts with the legend of Gyges who discovered a ring that gave him the power to become invisible. *Glaucon uses this story to argue that no man would be just if he had the opportunity of doing injustice with impunity. With the power to become invisible, Gyges is able to enter the royal court unobserved, seduce the queen, murder the king, and take over the kingdom.* Glaucon argues that the just as well as the unjust man would do the same if they had the power to get away with injustice exempt from punishment. *The only reason that men are just and praise justice is out of fear of being punished for injustice. The law is a product of compromise between individuals who agree not to do injustice to others if others will not do injustice to them. Glaucon says that if people had the power to do injustice without fear of punishment, they would not enter into such an agreement.*"

Generally speaking it is the doctrine that the sovereign or state cannot commit a legal wrong and is immune from civil suit or criminal prosecution; hence the saying, *"the king (or queen) can do no wrong."*

*Plaintiff comes to this Honorable Court for justice in the violations of law against him as a United States citizen. The misconduct of these defendants', the behavior of these sworn men and women, the action in this case is a grave miscarriage of justice a black eye on the justice system. The Constitution provides for rights for its citizen protection as mandated by congress in this country. The process for enforcing those rights, are setup through the judicial system. These defendants', setup their own brand of justice, for chosen people that comes through under there business and their arena. These men and women are sworn to ethics, morals, justice in which they turn their backs on and have no respect for the law or persons rights under the law, they're in the wrong professions.*

*Plaintiff ask the Honorable Court not to let this type of Misconduct, corruption, Malicious premeditated and vicious attack on individuals like Mr. Smith, poor incompetent and can't help themselves. Don't let a few bad and corrupt men and women make this system a place to dread, lets take it out of the hand of the corrupted and let it be once again a place that you can come to for justice. Let the people believe that they can still come to the courts for justice and get justice as it is laid out by law. Because of a few bad people in the system, that works their own business of corruption, setup their own business within the business of the court.*

*These defendants knowing that plaintiff, relied on a fair and impartial trial, defendants' depend on plaintiff, ignorance of the law. In relying on this trial to be just and it turned out fraudulent and corrupted, plaintiff did in fact suffered greater loss. The defendants' engaged in a vicious premeditated attempt with malice and has deprived plaintiff of due process, redress, and constitutional rights. The negligent, fraudulent Misrepresentation, falsifying of documents, fraud, collusion, corruption, and constitutional violations, caused the continuing hardship which worsen, and took plaintiff financial situation to unrest. These defendants' have decimated plaintiff mental stability or what was left of it, Mr. Smith, now taken care of by me his general guardian. He have loss personal property, property, gainful employment, in bankruptcy, deal with stress, and is going through hardship because of the fraud etc.. By the defendants' violating the law and depriving plaintiff, plaintiff is due damages for his loses in both cases the original complaint, "contraction violations" for their violations and now in this fraudulent and corrupt case. Plaintiff shouldn't have to suffer through these defendants' brand of unconstitutional law, and criminal kind of fraud. There are motion that is considered, no action taken to date.*

The unlawful use of the **UNITED STATES COURT OF APPEALS**, and its authority by its agents, officers, representatives, and employees conspiring. By violating constitutional and federal laws. Committing negligent and fraudulent misrepresentation, falsifying documents, collusion and corruption in so doing violated the rights of Mr. Smith also.

**By the defendants actions they has caused him grave damage, and farther his suffering at the hands of the defendants. This is with no**

reason given, and this was a deliberate, and malicious, attack on Mr. Smith a criminal act of corruption. These are heartless vicious people to do this to a disabled person that could not help himself. This is in collusion with others, at its worse isolate and segregate.

## REQUEST FOR RELIEF

**Plaintiff Prays,**
   The honorable Court grants plaintiff complaint.

   That this honorable Court grants plaintiff complaint to be heard.
   That the judgment is vacated and correct due to its misconduct.
1.) The honorable Court grants plaintiff Demand for relief for $700,000.00 for each defendant damages done.
2.) The Court Grants any other relief applicable by law, to include punitive damages.
3.) The Court to prevent further danger and damage to others by these defendants'.
4.) That the honorable Court Grants Plaintiff petition for demands for a jury trial on all issues "DEMAND FOR JURY TRIAL"

Monday, May 26, 2008,

                                        Respectfully Submitted
                                        *Gene E. Smith Sr.*
                                        _____
                                        Plaintiff,    GENE E. SMITH SR.
                                        *Ida M. Clark*
                                        _____
                                        Ida M. Clark Guardian for,

# PROOF OF SERVICE

I hereby certify that I have on this 30th ~~27th~~ day of May, 2008, served 1 original and three true and correct copy of the foregoing upon the following by United States Postal Services to a Representative or Agent as follows:

Clerk's Office,

United States District Court For The

Northern District of California

450 Golden Gate Avenue 16th Floor

San Francisco, CA 94102

By /s/ Re M. Clark