Gene E. Smith Sr.
An incompetent person
614 Gilday ct.
N. Las Vegas, NV 89030
(702) 399-0427



FILED
08 JUN 25 PM 12: 43

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

Case No. <u>CV-08-1860 EMC</u>

| | |
|---|---|
| GENE E. SMITH SR.,  ) | |
|     Plaintiff  ) | **OBJECTIONS** |
| ) | |
| VS.  ) | AND |
| ) | |
| Mr. Richard C. Tallman individual ) | **COURT ERRED** |
| Mr. Richard R. Clifton individual ) | |
| Ms. Caroline A. Jacobs individual ) | |
| Ms. Cathy A. Catterson individual ) | **CHANGE OF VENUE** |
| Ms. Gabriela Van Allen individual ) | |
|     Defendants  ) | |

Comes now, Plaintiff, GENE E. SMITH SR., disabled veteran, and an incompetent person, proceeding in forma pauperis Mr. Smith is not proceeding Pro se, but pending, appointment of representation, in which was moot, but representation is necessary to pursue this matter,

by giving plaintiff leave to his amended complaint, under rule 17c and 1915 (d) (e)(1) see petition, this document is filed by an through his court appointed general guardian Ida M. Clark, for GENE E. SMITH SR. (plaintiff hereafter), states as follows;

### Court Error

The court erred in its interpretation of plaintiff complaint it is a complaint of fraud, and corruption and violation of laws etc. as it states on the face of the complaint, it is not a Bivens or 1983 complaint.

The court erred in its order of May 15th 2008, which states that I Ms. Clark was a party to the Nevada case. I Ms. Clark am not a party to this case or the Nevada case, and have never been employed by the company Mr. Smith is suing. This information is part of an ongoing fraudulent misrepresentation as stated.

Ms. Clark, getting representation, have, nothing to do with Mr. Smiths' petitioning for representation under the appropriate authorities 17c and 1915? The court erred in this matter, I, Ms. Clark am not a party, in this matter and is not named as so.

The court erred in its order stating the defendants' violated Mr. Smiths' civil rights, in which they may have, which is not stated in Plaintiff amended complaint, There is no "her" I am not a party to this claim and I have never been, this is not a civil rights claim as stated in the court order of June 11th 2008.

The court erred in its interpretation when it construe plaintiff complaint to be a civil rights complaint, there is no mention of civil rights being violated in his amended complaint, this complaint is of fraud, bribery/corruption etc. as stated.

The court erred in its order of June 11th 2008, which it is in direct conflict with federal and constitutional laws.

The court erred when it denied plaintiff representation under § 1915(d) (e) (1). The pleading present exceptional circumstance to justify the appointment of counsel, Plaintiff will be denied due process if an attorney is not appointed, he is without representation and can not

afford counsel. Mr. Smith is an incompetent person and can not represent himself.

The court erred when it denied / Ignored plaintiff petition for representation under rule 17c, and its relevant language and protection for plaintiff, this court is in direct violation of FRCP.

The court erred when it said plaintiff only sue the defendants' in its individual capacity according to the amended complaint.

The court erred when it said all of the defendants' acts were related to issuance of orders, order from who?

The court erred when it said Ms. Clark need to be represented by counsel in order to proceed, I, Ms. Clark am not a party in this case, I am not representing Mr. Smith.

The court erred when it stated that a "guardian or parent cannot bring a lawsuit on behalf of a minor in federal court without retaining a lawyer" when speaking of Mr. Smith, this would be in direct violation of FRCP. I Ms. Clark am a nonparty filer on behalf of Mr. Smith who started this lawsuit before becoming ill.

The court erred when it spoke of evidence of record, what evidence of record? These are the documents plaintiff speaks of in his amended complaint, the fraudulent documents that the court presents for this purpose? See the case and all documents not just part of them, this will confuse you, defendants was not in capacity and out of jurisdiction, and this would be impossible accord to law, since judicial immunity does not exist for judges who engage in criminal activity.

The court erred when it said the defendants' was acting on the orders of the judges, are you speaking of the document the defendants' made up, who made the orders?  All these court documents other than the obvious are in violation of constitutional and federal laws, they are there for the benefit of cover up of the defendants'.

This court is in direct conflict with the argument with the appellate court Fraudulent and negligent, falsifying of documents.

## Objections

**I object, to the fact that the court ignore the facts that, The U.S. Supreme Court, in Scheuer v. Rhodes, 416 U.S. 232, 94 S.Ct. 1683, 1687 (1974) stated that "when a state officer acts under a state law in a manner violative of the Federal Constitution, he "comes into conflict with the superior authority of that Constitution, and he is in that case stripped of his official or representative character and is subjected in his person to the consequences of his individual conduct. The State has no power to impart to him any immunity from responsibility to the supreme authority of the United States." [Emphasis supplied in original]. By law, a judge is a state officer. The judge then acts not as a judge, but as a private individual (in his person).**

**The U.S. Supreme Court has stated that "No state legislator or executive or judicial officer can war against the Constitution without violating his undertaking to support it.". Cooper v. Aaron, 358 U.S. 1, 78 S.Ct. 1401 (1958).**

**Any judge who does not comply with his oath to the Constitution of the United States wars against that Constitution and engages in acts in violation of the Supreme Law of the Land. The judge is engaged in acts of treason. Having taken at least two, if not three, oaths of office to support the Constitution of the United States, and the Constitution of the State of it state, any judge who has acted in violation of the Constitution is engaged in an act or acts of treason. If a judge does not fully comply with the Constitution, then his orders are void, In re Sawyer, 124 U.S. 200 (1888), he/she is without jurisdiction, and he/she has engaged in an act or acts of treason. I objected.**

I object to the fact that the court making plaintiff fraud and corruption and violation of laws etc. claim, this court is making this claim out to be a Bivens claim. This is a violation of administrative / ministerial acts no judicial act of discretion was required. to include claims that are not there, there is no claim of civil rights, or discrimination in plaintiff complaint, other than what would commonly be violated by the actions involving fraud, etc. I objected.

I object, to the fact that the court is trying to turn a fraud and corruption etc. case into a 1983 - Bivens case for a defense for these defendants' in their violations of the law, usually when a judges violates the law on the job he will violate the constitution, it involved the oath and laws. I object to these tactics in support of colleagues, trying to make this a Bivens claim to protected these defendants', I objected.

Is the court objective to keep Mr. Smith without representation, and this case out of court, and isolated, and to get these defendants' immunity so they cannot be prosecuted, and trying to make me a party to deny Mr. Smith representation, in which I refused, because it wouldn't be in the best interest of my ward. This claim is of fraud, bribery/ corruption etc, as stated on the face of plaintiff complaint, and of course defendants' has violated the constitution and other laws, this is not a Biven claim to satisfy the needs of the defendants that they may have immunity under that claim for protection for defendants', I objected to having Mr. Smiths' complaint changed to satisfy the courts needs in this matter and be railroad into Bivens this a claim of fraud bribery / corruption etc..

I object, to the fact that the court ignored plaintiff complaint, and petition, I objected.

I object, to the fact that FRCP 17c is a administrative/ministerial act and when a judge have a duty to acted in this matter, he does not have discretion he is then not performing a judicial act, he is performing a administrative/ministerial act, in which 17c required only, there is no judicial immunity for these criminal acts, in which this court is also in violation of in both cases, I objected. See the amended complaint. The defendants' have representation through the courts, there is no judicial immunity in this case the defendants' are in violation of laws, I objected

to the courts intentions, the documents will prove plaintiff case if looked at without biases.

I object to the fact that the court is arguing the defendants' case for them, and they haven't been served yet, I objected.

I object to the fact that you as a Judges thinks that the defendants' are above the law, in this circuit, even after they violate the law, I objected.

I object to the fact that as long as judges make it in the form of issuing an order they can commit fraud and be involved in any kind of corruption and violate the law as long they do it in the capacity of the position, and they cannot be held accountable or be prosecuted the court states other wise, I objected.

I object to the fact that I had to submit this complaint to this venue for prosecution, because of the interpretation is wrong "Bivens", so please don't construe this complaint as a 1983 or Biven, I objected.

I object to the fact that a affidavit was submitted showing that Mr. Smith cannot afford to pay court costs and fees, or afford an attorney, but this court gives me until July 15th 2008 to find representation or Mr. Smith, case will be dismissed Mr. Smith cannot afford an attorney evidence has been submitted to that fact, I objected.

I object to the fact that the court is in violation of laws constitutional and federal laws and is blatantly disregarding the law, in the discussion in your orders, I objected.

I object to the fact that this court is denying representation to a person in need and a person who qualifies for the assistance as stated in the petition and the law 17c and 1915, I objected.

I object to the fact that the court doesn't mention Mr. Smiths' amended complaint as stated in his complaint Fraud, bribery/corruption etc., I objected.

I object to the fact that the defendants' are in violation of law, by committing fraud, falsifying documents, violation of federal and constitutional laws, collusion, negligent and fraudulent

misrepresentation, bribery/corruption, and as long as the defendants' do it in the form of an order they are immune, I objected.

I object to the fact that the court states, "my argument is unavailing", even when the criminal act is committed behind the shield of the judicial office, and it shows "Hence the scripting doctrine" I objected.

I object to the fact that you are using the very documents that plaintiff have complain of and calling it evidence to dismiss Mr. Smiths' case based on these fraudulent documents as stated in the complaint. I object, there is no way the defendants' was in capacity violating the law. Those documents are setup to cover up, but in violation of the law if the court will please take the time to look into the case you will find the application, process, law that apply won't support it the documents will show the discrepancies, I object to this process, that the time was not taken to see, I object.

I object, to the fact the court states that all acts of fraud and corruption, was related to the issuance of orders, the two orders issue was fraudulent and negligent misrepresented, and in one in default at the lease ministerial, which void them, who made the order of November 16, 2007? All documents indicate these defendants are in violation of immunity issuing orders are a judicial act if done in accordance with law not for criminal act, aiding, assisting or conniving as was done here, these orders or fraudulent you can see that from the face of the documents and the closing, I objected.

I object, to the fact plaintiff had no representation in this forum or at anytime through this entire process, from district court to appellate court, I objected.

I object to the fact that Plaintiff, case is meritorious, and have standing, and shows the defendants' could not be in capacity while in violation of laws, I Ms. Clark is a nonparty filer.

I object to the fact that this court ignored plaintiff complaint, and forced its will on plaintiff, in defense for the defendants', I Objected.

## **Change of venue**

I object, if you are telling plaintiff that a judge or a clerk can not be prosecuted if he or she commits fraud knowingly, as long as they are in the capacity, because being in the capacity would be impossible according to law. So the court is saying they are above the law in this circuit or in this case, when it comes to violations of the law, well that would make this a criminal enterprise wouldn't it? I am not accusing these defendants' of making an innocent mistake, but of knowingly violating the laws, fraud and other violations. These are your colleagues, and co-workers, if not excuse me, because the applicable laws are not being applied in this case as in others and restrictions are being applied on plaintiff, and in fact you are arguing the defendants' case with bad misrepresented evidence as noted in your orders. Plaintiff just presented a complaint, the court mentions evidence,
What is this evidence that would advocate the defendants' position in capacity while committing fraud etc., I haven't had the opportunity to see this evidence. So I would think this evidence came from the defendants', because I haven't submitted no documents other than my complaint to date. So your decisions are base on what you got from the defendants'. You tell Mr. Smith his petition for representation is denied in both authorities and his Guardian can't represent him, not that I wanted too, and I am a nonparty filer, this would not be in his best interest. And you want me to get an attorney to represent me his guardian who is not a party to this case. Is the court saying as Mr. Smiths' General Guardian, I have to pay for an attorney for him before he can present his case, he has no representation and can not afford an attorney. The court won't make any accommodation in this matter. Since he can not afford an attorney, and he is incompetent, even though he petition for representation and the court refuse him the accommodation under 1915, and 17c. what happen to Mr. Smiths' rights under FRCP 17c a GUARDIAN AD LITEM? I objected.

Yes I object to the fact that this court is depriving Mr. Smith of his rights under all of the applicable laws, I objected.


## **Conclusion**

**First, let me say this is in no way intended to be disrespectful, or contempt, this is the only way I know of getting the point across as clear as I can without to many complications and be understood. Even though plaintiff is still having problems with the courts, he still has hope of justice in one of these courts. The most insulting of all things is the fact that in all the covering up for each other through the Nevada district court, to the appellate court, to the Supreme court, to this district court, in the effort of protection of each other. This Court has erred and over looked the fact that even if the individuals was immune from prosecution, they still violated the law knowingly and willingly which would void that protection, there is no justification for that so their protection is void. There is no mention of correcting the violation by these men and women that cross the line and became criminals themselves, so this criminal enterprise goes on to hurt others. So these individuals are not immune from prosecution what happens when Mr. Smith doesn't get the decisions reversed or corrected, the only thing that matters, I guest is keeping this case out of court, and isolated and these individuals protected. The decision of this court and the appellate court decision on the same issue, conflict with each other and they both conflict with the law. These defendants' violated the law but the unlawful decisions stands bribery, fraud by reason of immunity, so plaintiff have no rights under the laws accord to these courts as a poor man.**

**So plaintiff will get no day in court to face his violators,**
**And it is ok to violated the law if you are a judges or court clerk,**
**And it is ok to commit fraud etc. as long as you have it in the form of an order, its not hard to see the violations in this case, and why this case is being kept out of court.**
   **Now, let me understand this, the court will dismiss Mr. Smith case If I, his Court appointed General guardian, doesn't get an attorney to represent me Ida M. Clark, his guardian. Even though, Mr. Smith qualifies for representation under the relevant authorities, I, Ms. Clark, who is not a party to this case. Mr. Smith do not have representation and never had representation at any point, where he has petition the court many times for representation and was denied under §1915, and 17c other than the defendants' fraudulent immunity from prosecution. So Mr. Smith case will be dismissed, because he can not afford an**

attorney, an incompetent person with IFP, this is in direct conflict with the laws as mentioned. This is in violation of his due process.

Because of the conflicts with law and the manifest disregard for law, plaintiff is requesting a "Change of Venue" out of this circuit.

Because plaintiff, feels that he can not get a fair and impartial hearing and consideration here in this present venue, because of the close relationship and action taken so far.

Because you have reviewed evidence from defendants' side and no evidence from plaintiff, and you have made a decision bias with colleagues and co-workers in mind, Plaintiff didn't agree and object to immunity, while fraud corruption etc. is involved. If plaintiff wanted to appeal were would he appeal too, Mr. Smith case have merit and if you look at all the evidence the facts and merit are in favor of plaintiff, see the documents and the law, look at this court orders and the appellate court order both courts are in conflict with the law. Mr. Smith still have no representation, these defendants' the court say are immune from prosecution, even after violation of law, and they did violated the law. Now what about Mr. Smith, rights under that same law that protected defendants' rights to a fair and impartial trial/ hearing and consideration. Plaintiff see the court argues the defendants' based on immunity which is void because of the criminal acts, now because that's the only means of protection is Immunity the court defense. willful violation of the law for personal gain or profit is corruption, fraud etc., the claim is stated on the face of the complaint, and I am a none party filer.

You have explained what the defendants' rights are, now explain to plaintiff what his rights are in this matter, after this premeditated and malicious act by these defendants'. Will consideration be given to this matter? Plaintiff came from district court, to appeals court, with no representation and no hearing/trial, just railroaded and it continues.

Plaintiff, wasn't given the chance to face his violators in this case, which would have to be what evidence the court said it used to make it's decision since the defendants' has never been involved or served.

Plaintiff can not afford an attorney, and neither can I, but then I am not a party in this case, plaintiff needs justice.

Prays as follows,
Plaintiff ask the court to reconsider the appointment of representation under the 1915 and 17c authority considering Mr. Smith exceptional Circumstances, no representation, him being incompetent, and indigent and cannot afford representation.

Now plaintiff, petition the court for "change of venue."

Plaintiff would like his case heard justly in a court of law without Fraud, corruption or biases etc. and be decided accordingly.

Or what ever is applicable by law for relief

Monday, June 23rd, 2008

_Gene E. Smith Sr._
GENE E. SMITH SR. Plaintiff

_Ida M. Clark_
Ida M. Clark Guardian for
None party filer