UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENE E. SMITH, SR., | No. C-08-1860 EMC |
| Plaintiff, | **JUDGEMENT IN A CIVIL CASE** |
| v. | |
| UNITED STATES COURT OF APPEALS, *et al.*, | |
| Defendants. | |
| _____/ | |

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.**

**IT IS SO ORDERED AND ADJUDGED** pursuant to the **ORDER RE PLAINTIFF'S OBJECTIONS AND REQUEST FOR CHANGE OF VENUE** dated July 17, 2008, Judgement is entered against Plaintiff. The Clerk of the Court is directed to close the file in this case.

Dated: July 17, 2008               Richard W. Wieking, Clerk

                                                  *[signature: Betty Fong]*

                                   By: Betty Fong
                                   Deputy Clerk

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENE E. SMITH, SR., | No. C-08-1860 EMC |
| Plaintiff, | |
| v. | |
| UNITED STATES COURT OF APPEALS, *et al.*, | **CERTIFICATE OF SERVICE** |
| Defendants. | |

I, the undersigned, hereby certify that I am an employee in the U.S. District Court, Northern District of California. On the below date, I served a true and correct copy of the attached, by placing said copy/copies in a postage-paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail; or by placing said copy/copies into an inter-office delivery receptacle located in the Office of the Clerk.

Gene E. Smith
614 Gilday Ct
N. Las Vegas, NV 89030

Dated: July 17, 2008         RICHARD W. WIEKING, CLERK

By: _____
Betty Fong
Deputy Clerk